# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 30, 2025

Lyle W. Cayce
Clerk

———————

No. 24-50740

———————

Ahmad Lafta,

*Plaintiff—Appellant*,

*versus*

The Law Office of Matthew Shrum, P.L.L.C.; Malcolm Greenstein; Khaled Alsarhan,

*Defendants—Appellees*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-529

———————————————————

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:*

The order of the district court that affirmed dismissal of this case without prejudice is AFFIRMED. The district court lacked either diversity or federal question jurisdiction, and no civil rights case was pleaded.

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.